UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

IVAN ARCHIVALDO GUZMAN SALAZAR, et al.

Defendants.

23 Cr. 180 (KPF)

---

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of the Government in the above-captioned case and add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  June 18, 2024

                                              Respectfully Submitted,

                                              MARLON COBAR, Chief
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              United States Department of Justice

                              By:     */s/Samantha Thompson*
                                              Samantha Thompson
                                              Trial Attorney
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              U.S. Department of Justice
                                              Tel.:   (202) 532-4466