# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 396 WAVERLY AVENUE
## BROOKLYN, NEW YORK 11238
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

October 9, 2024

**Via ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Street
New York, New York 10007



        **RE: United States v. Ana Gabriela Rubio Zea**
            **Criminal Docket 23 CR 180 (KPF)**

Dear Judge Failla:

    Without violating the attorney-client privilege I believe irreconcilable differences exist and Ms. Zea should be provided new counsel. Please let me know when the Court has time to address this issue. Ms. Zea joins me in this application to the Court.

    Thank you for your time and consideration in this matter.

                                         Respectfully,

                                         *Kenneth J. Montgomery*
                                         Attorney for Ana Gabriela Rubio Zea
                                         386 Waverly Avenue
                                         Brooklyn, New York 11238

The Court is in receipt of the above request to substitute counsel. Accordingly, the parties are hereby ORDERED to appear for a conference on **October 22, 2024,** at **10:00 a.m.,** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 138.

Dated:    October 16, 2024          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE