

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 11, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ana Gabriela Rubio Zea</u>, 23 Cr. 180 (KPF)

Dear Judge Failla:

    The Government writes, with the consent of the defendant, to respectfully request that the status conference currently scheduled for March 14, 2025, at 12:00 p.m. be adjourned until March 28, 2025, or thereafter. The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition. For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

                                            Respectfully submitted,

                                            MATTHEW PODOLSKY
                                            Acting United States Attorney

                                  by: _____/s/_____
                                       Sarah Kushner / Jane Chong
                                       David Robles / Nicholas Bradley
                                       Assistant United States Attorneys
                                       (212) 637-2676

cc:    Judith Vargas, Esq. (*by ECF*)