

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 11, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   **United States** v. **Ana Gabriela Rubio Zea**, 23 Cr. 180 (KPF)

Dear Judge Failla:

The Government writes, with the consent of the defendant, to respectfully request that the status conference currently scheduled for March 14, 2025, at 12:00 p.m. be adjourned until March 28, 2025, or thereafter. The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition. For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by:  ____/s/_____
Sarah Kushner / Jane Chong
David Robles / Nicholas Bradley
Assistant United States Attorneys
(212) 637-2676

cc:   Judith Vargas, Esq. (*by ECF*)

Application GRANTED.  The conference scheduled for March 14, 2025, is hereby ADJOURNED to **April 1, 2025,** at **11:00 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **March 14, 2025,** and **April 1, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 174.

Dated:     March 11, 2025            SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE