**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 31, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   United States v. Ana Gabriela Rubio Zea, 23 Cr. 180 (KPF)

Dear Judge Failla:

The Government respectfully writes, with the consent of the defendant, to request that the status conference currently scheduled for April 1, 2025, at 11:00 a.m. be adjourned for approximately 30 days, to a date and time convenient for the Court. The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue and finalize their ongoing negotiations regarding a potential pretrial disposition. For the same reasons, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by:  ____/s/_____
Sarah Kushner / Jane Chong
David Robles / Nicholas Bradley
Assistant United States Attorneys
(212) 637-1581

cc:   Judith Vargas, Esq. (*by ECF*)

Application GRANTED.  The conference scheduled for April 1, 2025, is hereby ADJOURNED to **May 6, 2025,** at **11:00 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **April 1, 2025,** and **May 6, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 185.

Dated:    April 1, 2025              SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE