UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANA GABRIELA RUBIO ZEA,<br><br>Defendant. | 23 Crim. 180 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to a conflict in defense counsel's schedule, the conference currently scheduled for June 10, 2025, is hereby ADJOURNED to **June 10, 2025**, at **10:30 a.m.** The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: June 6, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge