

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 10, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Ana Gabriela Rubio Zea*, 23 Cr. 180 (KPF), S1 23 Cr. 42 (KPF)**

Dear Judge Failla:

The Government respectfully writes to inform the Court that, in accordance with its obligations under the plea agreement with defendant Ana Gabriela Rubio Zea (the "Plea Agreement"), the Government will move at the time of sentencing to dismiss any open counts, including those set forth in Indictment S1 23 Cr. 42 (KPF). After conferring internally and further reviewing the Plea Agreement following the June 10, 2025 guilty plea, the Government believes this approach comports with the language of the Plea Agreement and also standard practice in this District to dismiss any open counts at the time of sentencing. Furthermore, because the S1 23 Cr. 42 (KPF) Indictment charges the defendant, *inter alia*, with the same fentanyl importation conspiracy she pled guilty to, the Government has already agreed not to further prosecute the defendant for such conduct under the terms of the Plea Agreement.

The Government has conferred with counsel for the defendant regarding its commitment pursuant to the Plea Agreement to dismiss Indictment S1 23 Cr. 42 (KPF) at the time of sentencing, along with any open Counts in Indictment 23 Cr. 180 (KPF). Defense counsel believes the S1 23 Cr. 42 (KPF) Indictment should be dismissed prior to sentencing, but regardless, and in light of the Government's position, the defendant does not intend to withdraw her guilty plea and wishes to proceed to sentencing.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: __________/s/____________________
Sarah Kushner / Jane Chong
David Robles / Nicholas Bradley
Assistant United States Attorneys
(212) 637-2263 / -2676 / -2550 / -1581

cc: Judith Vargas, Esq. (by ECF)